# KOBRE & KIM LLP

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
WWW.KOBREKIM.COM

TEL +1 212 488 1200
FAX +1 212 488 1220

NEW YORK
LONDON
HONG KONG
WASHINGTON DC
MIAMI
CAYMAN ISLANDS
BVI

January 8, 2015

**BY E-MAIL**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

   Re: **U.S. v. Sergio Santos**
     1:14-cr-00590-PGG-1

Dear Judge Gardephe:

  We are CJA counsel to defendant Sergio Santos in the above-referenced matter pending before Your Honor. We write to request prior authorization to obtain a Spanish-language translation of the preliminary Pre-sentence Report prepared by the Probation Office dated January 6, 2015. *See* 18 U.S.C. § 3006A(e)(1). Mr. Santos was born in the Dominican Republic, where he resided until he immigrated to the United States in 2004. Mr. Santos is fluent and literate in the Spanish language but he does not read or understand the English language. Accordingly, we respectfully submit that a Spanish translation of the preliminary report is necessary for us to review the report with Mr. Santos in order to timely provide the Probation Office with comments or objections regarding errors or omissions therein (if any) and prepare for his sentencing hearing, currently scheduled for March 12, 2015.

  We have obtained a price quote for a translation of the report from Alexander Wieder, who is included in the S.D.N.Y. Roster of Certified Spanish Interpreters. Mr. Wieder has informed us that the cost for translating the report will be a total of approximately US $1100 to $1250. We understand that this is a standard rate in the Southern District of New York.

  Accordingly, we respectfully request the Court's authorization as follows:

Honorable Paul G. Gardephe
January 8, 2015
Page 2

| | |
|---|---|
| Name of Provider: | Alexander Wieder |
| Address: | 607 Madison St. #C, Hoboken, NJ 07030 |
| Type of Service: | Translation of Presentence Report |
| Estimated Compensation: | US $1100 to $1250 |
| Reason for Application: | Defendant does not read or understand English and should be afforded the opportunity to review the preliminary Presentence Report in his native language (Spanish). |

We thank the Court for its attention to this matter.

Respectfully submitted,

s/ Jeremy C. Hollembeak

Jeremy Hollembeak
+1 212 488 1296

Michael S. Kim
+1 212 488 1201

CC: AUSA Emil Joseph Bove III
U.S. Probation Officer Jill Jeffries

Advance authorization is hereby approved in the amount of $ 1250.00 .

So Ordered.

_____          Jan. 13, '15
United States District Judge                    Date