# KOBRE & KIM LLP

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
WWW.KOBREKIM.COM

TEL +1 212 488 1200
FAX +1 212 488 1220

NEW YORK
LONDON
HONG KONG
WASHINGTON DC
SAN FRANCISCO
MIAMI
CAYMAN ISLANDS
BVI

March 27, 2015

**BY ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    **Re: U.S. v. Sergio Santos**
       1:14-cr-00590-PGG-1

Dear Judge Gardephe:

  We are CJA counsel to defendant Sergio Santos in the above-referenced matter pending before Your Honor. We write to request authorization for payment of English-language translations for four sentencing letters.

  Previously, starting in August 2014, we had documents translated in this case, the fees for which were submitted for payment without prior court authorization because they did not exceed the statutory limit.[1] In the weeks leading up to the originally scheduled sentencing hearing on March 12, 2015, we received several letters of support from the client's family members and friends, all of which were in Spanish and needed to be translated. Given the short timeframe and the need to have such letters translated for the sentencing hearing, we proceeded with having the letters translated. After the translations had been completed, the sentencing hearing was adjourned to May 14, 2015. When we received the invoices from the certified translator, it became clear that these charges, together with previous translation charges in the case, exceeded the statutory limit for total charges in the case which can be submitted for payment without prior court approval by approximately $387.13.

  Accordingly, we hereby request this court's approval of such charges being incurred and submitted for payment as follows:

---

[1] We also obtained a Spanish-language translation of the Preliminary Pre-Sentence Report from the Probation Department, for which we requested prior court approval for payment since the cost exceeded the statutory limit by approximately $504.

The Honorable Paul G. Gardephe
March 27, 2015
Page 2

| | |
|---|---|
| <u>Name of Provider</u>: | Alexander Wieder |
| <u>Address</u>: | 607 Madison St. #C, Hoboken, NJ 07030 |
| <u>Type of Service</u>: | Translation of Sentencing Letters |
| <u>Compensation</u>: | US $437.13 |
| <u>Reason for Application</u>: | The original sentencing letters are written in Spanish. For purposes of submitting the letters to the Court in support of the Defendant's Sentencing Memorandum, we have obtained English-language translations of the letters. |

     We understand that $437.13 for the translation of these sentencing letters is a standard rate in the Southern District of New York.  We thank the Court for its attention to this matter.

                            Respectfully submitted,

                            <u>s/ Jeremy C. Hollembeak</u>

                            Jeremy Hollembeak
                            +1 212 488 1296

                            Michael S. Kim
                            +1 212 488 1201

CC:    AUSA Emil Joseph Bove III
           U.S. Probation Officer Jill Jeffries

Authorization is hereby approved in the amount of $_____.

_____          _____
United States District Judge                                                    Date